IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN RITCHIE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5105

Opinion filed December 18, 2014.

An appeal from an order of the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Steven Ritchie, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, C. J., VAN NORTWICK and ROWE, JJ., CONCUR.